UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

WACLAW SOBCZAK, RADOSLAW GARDOCKI,
DARIUSZ CHOJNOWSKI, MIECZYSLAW
DABROWSKI, JAN DOBROWOLSKI, WOJCIECH
GARDOCKI, MARCIN KAMA, ANDRZEJ KIRYK,
ANDRZEJ LASICA, EWELINA LASICA,
ZBIGNIEW PLUCINSKI, MANICKCHAND BADAL,
HENRY PALOMEQUE, PABLO PALOMEQUE,
GABRIEL MITCHELL, EVGENI KIREEV, and
MARIUSZ GODLEWSKI on behalf of themselves and
on behalf of all others similarly situated,

                Docket No.:07-1226
                (BMC) (RER)

                Plaintiffs,

- against -

AWL INDUSTRIES INC., PAVLOVICH &
COMPANY, LLC and ROBERT PAVLOVICH,

                Defendants.

-------------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by, between and among Plaintiffs, Waclaw Sobczak, Radoslaw Gardocki, Dariusz Chojnowski, Mieczyslaw Dabrowski, Jan Dobrowolski, Wojciech Gardocki, Marcin Kama, Andrzej Kiryk, Andrzej Lasica, Ewelina Lasica, Zbigniew Plucinski, Manickchand Badal, Evgeni Kireev, Henry Palomeque, Pablo Palomeque, Gabriel Mitchell and Mariusz Godlewski (collectively, the "Plaintiffs"); and the Defendants, AWL Industries, Inc., Pavlovich & Company, LLC, and Robert Pavlovich (collectively, the "Defendants"), and their respective attorneys that the above-referenced action has been settled without any admission or finding or liability, and, accordingly, is and shall be dismissed with prejudice and without costs or fees to any party as against any other party, except that the Court

shall have continuing subject matter jurisdiction to interpret and enforce the terms of the parties' Settlement Agreement and Release entered into on December 11, 2008.

Dated: December 22, 2008

| | |
|---|---|
| ROBERT WISNIEWSKI P.C. | EPSTEIN BECKER & GREEN, P.C. |
| By: *(signature)* | By: *(signature)* |
| Robert Wisniewski, Esq. | James G. Murphy, Esq. |
| rw@rwapc.com | jmurphy@ebglaw.com |
| 225 Broadway, Suite 612 | Robert R. Barravecchio, Esq. |
| New York, New York 10007 | rbarravecchio@ebglaw.com |
| (212) 267-2101 | 250 Park Avenue |
| *Attorneys for all Plaintiffs* | New York, New York 10177 |
| | (212) 351-4500 |
| | *Attorneys for Defendant* |

SO ORDERED:

_____
U.S.D.J.